Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Steven R. Smith

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. SMITH, | Case No.: 3:11-cv-04698-RS |
| Plaintiff, | /~~PROPOSED~~/ ORDER OF DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: 12/28/11

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

DATE: December 27, 2011    Respectfully submitted,

                              LAW OFFICES OF LAWRENCE D. ROHLFING
                               /s/ *Lawrence D. Rohlfing*
               BY:_____
                     Lawrence D. Rohlfing
                     Attorney for plaintiff Steven R. Smith